IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 06-cv-02274-EWN-MJW

CATHRYN SCHIOPPI,

Plaintiff(s),

v.

COSTCO WHOLESALE CORPORATION, et al.,

Defendant(s).

MINUTE ORDER
(DN 20)

    It is hereby ORDERED that Defendant's Unopposed Motion for Entry of Protective Order (docket no. 20) is GRANTED. The written Stipulated Protective Order is APPROVED as amended in paragraph 5 d. and made an Order of Court.

Date: February 27, 2007