IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 06-CV-02274-EWN-MJW

CATHRYN SCHIOPPI,

    Plaintiff,

v.

COSTCO WHOLESALE CORPORATION,
A/K/A COSTCO WHOLESALE
A/K/A COSTCO,

    Defendant.

---

**ORDER GRANTING JOINT MOTION TO VACATE AND RESET SETTLEMENT CONFERENCE**
*(Docket No. 26)*

---

THE COURT, having reviewed the Joint Motion to Vacate and Reset Settlement Conference, and being fully informed on the issues, hereby ORDERS as follows:

The Settlement Conference currently scheduled for April 18, 2007 at 10:00 a.m. is VACATED and rescheduled to commence on __June 13__, 2007 at __8:00 a__.m. Settlement Statements are due June 7, 2007.

DATED this __13th__ day of April, 2007.

BY THE COURT:

*/s/ Michael J. Watanabe*
United States Magistrate Judge
MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO