IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 06-CV-02274-EWN-MJW

Cathryn Schioppi,

    Plaintiff,

v.

Costco Wholesale Corporation,
a/k/a Costco Wholesale
a/k/a Costco,

    Defendant.

---

### ORDER GRANTING DEFENDANT'S <u>UNOPPOSED</u> MOTION TO AMEND SCHEDULING ORDER ( Docket no. 38 )

---

THIS MATTER is before the Court on Defendant's <u>Unopposed</u> Motion to Amend Scheduling Order. The Court, having reviewed Defendant's Motion, the file and otherwise being fully apprised, hereby

GRANTS Defendant's motion. The Scheduling Order is hereby amended as follows:

1.    Defendant's rebuttal expert disclosures are due on July 11, 2007; and

2.    the parties are granted up to and including July 31, 2007 within which to complete expert discovery.

**Error! Unknown document property name.**

DATED this 12TH day of June, 2007

BY THE COURT

_____
Michael J. Watanabe
U.S. Magistrate Judge
District of Colorado

Error! Unknown document property name.